■   In the Matter of SAM MOSKOWITZ et al., Respondents, v. SURREY SLEEP PRODUCTS, INC., et al., Appellants. — Motion to dismiss appeal as to appellant Surrey Sleep Products, Inc. (the motion has been referred to the Bench sitting on the appeal). Motion denied. Said appellant was a proper party to the dissolution proceeding at least for the limited and passive purpose of being amenable to the orders of the court (*Matter of Clemente Bros.*, 19 A D 2d 568, affd. 13 N Y 2d 693) and, hence, is a proper party appellant. Christ, Acting P. J., Brennan, Rabin, Munder and Martuscello, JJ., concur.